# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2600
LT Case No. 2023-CF-1386-A

_____

NICKEOUS LAMONT JENKINS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Lake County.
James R. Baxley, Judge.

Matthew J. Metz, Public Defender, and Jane Almy, Assistant
Public Defender, Daytona Beach, for Appellant.

Nickeous Lamont Jenkins, Sneads, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marissa V.
Giles, Assistant Attorney General, Daytona Beach, for Appellee.

October 24, 2025

PER CURIAM.

    AFFIRMED.

WALLIS and MACIVER, JJ., concur.
MAKAR, J., concurs with opinion.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

MAKAR, J., concurring.

I concur in affirmance and point out that the trial court should review the scoresheet to correct a potential scrivener's error arising from the level assigned to Appellant's conviction. *See Ruh v. State*, 325 So. 3d 158, 158–59 (Fla. 5th DCA 2020) (remanding to correct scrivener's error in scoresheet); *Woodward v. State*, 310 So. 3d 122, 123 (Fla. 2d DCA 2020) (same); *Benjamin v. State*, 283 So. 3d 828, 829 (Fla. 1st DCA 2019) (same); *Penn v. State*, 190 So. 3d 258, 259 (Fla. 1st DCA 2016) (same); *Jones v. State*, 96 So. 3d 1122, 1122 (Fla. 5th DCA 2012) (same).